UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:25-00685 ADS                                    Date:  May 20, 2026

Title:  *Coastline Santa Monica Investments, LLC v. Mohammas Honarkar*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):                    Attorney(s) Present for Defendant(s):
None Present                                                           None Present

**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE
                                       TO PROSECUTE**

On April 4, 2025, Plaintiff filed a Complaint.  (Dkt No. 1.)  On October 8, 2025, Defendant and Third-Party Plaintiff Mohammad Honarkar filed a Third Party Complaint against Third-Party Defendants.  (Dkt. No. 41.)  A Summons and a Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent were issued on January 16, 2026.  (Dkt. No. 50.)  The deadline for Honarkar to serve the Summons, Complaint, and Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent was April 16, 2026.  Fed. R. of Civ. Proc. 4; C.D. Cal. L. R. 73-2.  Honarkar is required to file a proof of service of the Summons, Complaint, and Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent within 14 days of service.  C.D. Cal. L. R. 4-6.  To date, Honarkar has not filed a proof of service.

Honarkar is **ORDERED TO SHOW CAUSE** why this Third Party Complaint should not be dismissed for failure to prosecute.  Honarkar must file a written response no later than **June 3, 2026.**  Filing a proof of service that shows completed service upon defendants of the Summons, Complaint, and Notice of Assignment To A U.S. Magistrate Judge And Declination Of Consent will discharge this Order to Show Cause.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action.**

**IT IS SO ORDERED.**

Initials of Clerk kh

---